IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ROBERT LYNN CRUMEDY**                          **PLAINTIFF**

**V.**                          **CAUSE NO. 3:15-CV-107-CWR-FKB**

**Dr. ROLAND ABANGAN;
HEALTH SERVICES
ADMINISTRATOR OLLIE LITTLE;
UNIT MANAGER REGINA BENDER;
NURSE ALEXIS NICHOLS; and
C.M.C.F. MEDICAL STAFF**                          **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate F. Keith Ball's Report and Recommendation to grant Defendant Regina Bender's Motion for Summary Judgment and terminate Plaintiff's Motion for Relief of Summary Judgment. Dockets No. 35.

The Report and Recommendation notified the parties that failure to file written objections to the findings, conclusions, and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b).

Having received no timely written objections from any party, this Court adopts the Report and Recommendation as its own Order. Accordingly, the defendant's motion is granted and the plaintiff's motion is terminated in accordance with the Report and Recommendation.

**SO ORDERED,** this the 1st day of September, 2016.

                                                           s/ Carlton W. Reeves
                                                           UNITED STATES DISTRICT JUDGE